Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
24654 N. Lake Pleasant Pkwy.
Suite 103-467
Peoria, AZ 85383

Telephone: (602) 482-4300
Facsimile: (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Carol Lakin*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Lakin,<br><br>        Plaintiff,<br><br>v.<br><br>The Lincoln National Life Insurance Company; Juul Labs, Inc.; Group Life and Dependent Life Insurance for Employees of Juul Labs, Inc. Plan; Group Long Term Disability Insurance for Employees of Juul Labs, Inc. Plan,<br><br>        Defendants. | Case No. 2:21-cv-02156-SMB<br><br>**NOTICE OF VOLUNTARY CASE DISMISSAL UNDER RULE 41** |

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiff Carol Lakin hereby dismisses without prejudice the above-captioned matter. Each party will bear its own cost and attorney's fees.

Plaintiff advises the Court that the Complaint in this matter was filed on December 15, 2021. None of the named Defendants have Answered or filed a Motion for Summary Judgment.

RESPECTFULLY SUBMITTED this 2nd day of February, 2022.

SCOTT E. DAVIS, P.C.

By:    /s/ *Scott E. Davis, Esq.*
      Scott E. Davis, Esq.
      Attorney for Plaintiff